IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MONA LEVERITT                                                                                              PLAINTIFF

vs.                                              Civil No. 1:10-cv-01007

MICHAEL J. ASTRUE                                                                                       DEFENDANT
Commissioner, Social Security Administration

## MEMORANDUM OPINION

On May 12, 2010, Mona Leveritt ("Plaintiff") filed this Motion To Dismiss Complaint. (Doc. No. 7). Defendant did not respond or file objections to this motion. The parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. (Doc. No. 5). Pursuant to this authority, the Court issues this memorandum opinion and orders the entry of a final judgment in this matter.

Absent any pending counterclaims, a court is authorized to dismiss a case at the Plaintiff's request on the terms that the court considers proper. FED. R. CIV. P. 41(a)(2). Defendant has asserted no counterclaims and has not objected to this motion. After taking into consideration said Motion, the Court finds Plaintiff's Motion should be **GRANTED** and Plaintiff's case be dismissed without prejudice.

**ENTERED this 26th day of May, 2010.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE