IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


MONA LEVERITT                                                          PLAINTIFF



vs.                                    Civil No. 1:10-cv-01007


MICHAEL J. ASTRUE                                                      DEFENDANT
Commissioner, Social Security Administration


## JUDGMENT

Comes now the Court on this the 26th day of May 2010, in accordance with the Memorandum

Opinion entered in the above-styled case on today's date, and hereby considers, orders, and

adjudicates that Plaintiff's Complaint be **DISMISSED** without prejudice.

   **IT IS SO ORDERED.**


                                        /s/   Barry A. Bryant
                                        HON. BARRY A. BRYANT
                                        U.S. MAGISTRATE JUDGE